# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JAMES ROBERT CHANEY
ADC #151743                                                                                                                   PLAINTIFF

v.                       No. 4:24-cv-399-DPM-BBM

BRANDEN DAVIS, Warden, East
Arkansas Regional Unit; DALE REED,
Director, ADC; ANTONIO D.
JOHNSON, JR., Building Major, Tucker
Unit; KENYON RANDLE, Deputy
Warden, Tucker Unit; ROBYN
HARRISON, Records Supervisor, Tucker
Unit; JEFFERY DEAN, Field Major,
Tucker Unit; JEAVON PERRY, Sergeant,
Tucker Unit; ARKANSAS
DEPARTMENT OF CORRECTIONS,
Administration Departments, Pine Bluff
Office; THOMAS W. HURST, Warden,
Delta Regional Unit; ROY STARKS, ADC
Corp.; WALKER, Ms., Wellpath Nurse;
VIVIENN WALKER, Nurse, Tucker Unit;
DEXTER PAYNE, Director, Pine Bluff,
ADC; WENDY KELLY, Director, Pine
Bluff, ADC; BENNIE MAGNESS, Board
of Corrections; KENYAN RANDELL,
Warden, East Arkansas Unit Brickey's;
JAYCALIA MCMILLION, Lt., Tucker
Unit; HUTCHISON, Records Supervisor,
Tucker Unit; and DOES, Chairmans, ADC
Board of Corrections; Director ADC,
Office Pine Bluff                                                  DEFENDANTS

## ORDER

The unopposed partial recommended disposition, *Doc. 51*, is adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). The following claims are dismissed without prejudice: (1) Chaney's failure to protect claim against Branden Davis; (2) his access-to-the-courts claim against Jeavon Perry; (3) his property claim; (4) his sentence miscalculation claim against Dale Reed and Dexter Payne; and (5) his official capacity claims. The Court directs the Clerk to terminate Warden Davis, Sergeant Perry, Director Reed, and Director Payne as defendants.

The Court also dismisses Antonio D. Johnson, Jr., Kenyon Randle, Robyn Harrison, Jeffery Dean, Arkansas Department of Corrections, Thomas W. Hurst, Walker, Vivienn Walker, Wendy Kelly, Bennie Magness, Kenyan Randell, Jaycalia McMillion, Hutchison, and the Doe defendants. Chaney does not make any discernable claims against them. The Court directs the Clerk to terminate them as defendants, too.

The Court grants Chaney leave to file a second amended complaint to explain the details of his: (1) failure-to-protect claim against Roy Starks in March 2022; (2) "dragging" excessive-force claim against unidentified staff in March 2022; and (3) restraint-chair excessive force claim against Starks. Second amended complaint due by 10 November 2025.

-3-

So Ordered.

*/signature/*
D.P. Marshall Jr.
United States District Judge

9 October 2025