# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JAMES ROBERT CHANEY**　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #151743**

v.　　　　　　　　No. 4:24-cv-399-DPM

**ROY STARKS, ADC Corp.**　　　　　　　　　　　　　**DEFENDANT**

### ORDER

1. The Court withdraws the reference.

2. Chaney didn't file a second amended complaint. His remaining claims will therefore be dismissed without prejudice. *Doc. 52 at 2*; LOCAL RULE 5.5(c).

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

21 November 2025