## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JAMES ROBERT CHANEY                                    PLAINTIFF
ADC #151743

v.                          No. 4:24-cv-399-DPM

BRANDEN DAVIS, Warden, East
Arkansas Regional Unit; DALE REED,
Director, ADC; ANTONIO D.
JOHNSON, JR., Building Major, Tucker
Unit; KENYON RANDLE, Deputy
Warden, Tucker Unit; ROBYN
HARRISON, Records Supervisor, Tucker
Unit; JEFFERY DEAN, Field Major,
Tucker Unit; JEAVON PERRY, Sergeant,
Tucker Unit; ARKANSAS
DEPARTMENT OF CORRECTIONS,
Administration Departments, Pine Bluff
Office; THOMAS W. HURST, Warden,
Delta Regional Unit; ROY STARKS, ADC
Corp.; WALKER, Ms., Wellpath Nurse;
VIVIENN WALKER, Nurse, Tucker Unit;
DEXTER PAYNE, Director, Pine Bluff,
ADC; WENDY KELLY, Director, Pine
Bluff, ADC; BENNIE MAGNESS, Board
of Corrections; KENYAN RANDELL,
Warden, East Arkansas Unit Brickey's;
JAYCALIA MCMILLION, Lt., Tucker
Unit; HUTCHISON, Records Supervisor,
Tucker Unit; and DOES, Chairmans,
ADC Board of Corrections; Director ADC,
Office Pine Bluff                                      DEFENDANTS

# JUDGMENT

Chaney's amended complaint is dismissed without prejudice.


*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 November 2025